UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:02-CR-85 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| SAMUEL K. WILDER ) | |

**O R D E R**

Defendant Samuel K. Wilder ("Defendant"), through counsel, has requested the Court to order the Bureau of Prisons, USP Big Sandy, to provide the Court and the parties with a summary of Defendant's progress as it relates to his psychological treatment (Court File No. 75). Defendant argues it is possible the Bureau of Prison's report may show Defendant is less dangerous than he was in the past and thus is deserving of a lesser sentence than sentence originally imposed. Defendant is scheduled to be resentenced on May 11, 2006 (Court File No. 73).

While Defendant's psychological history was a relevant concern in his initial sentencing, this was not the overriding concern. The Court had before it Defendant's past history of criminal activities as well as his history of mental problems and treatment. The progress or lack of progress Defendant has achieved while confined to an institution would not be a consideration the Court would weigh heavily. Accordingly, the Court does not see a need for the psychological report and will therefore **DENY** Defendant's request (Court File No. 75).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**