UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:02-CR-85 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| SAMUEL K. WILDER ) | |

**O R D E R**

Defendant Samuel K. Wilder ("Defendant"), through counsel, has requested the Court to reconsider its decision to deny Defendant's request to require the Bureau of Prisons, USP Big Sandy, to provide the Court and the parties with a summary of Defendant's progress as it relates to his psychological treatment (*See* Court File No. 77). The rationale presented by Defendant, although not fleshed out in as much detail in her previous filings, is the same rationale the Court has already rejected (*Compare* Court File Nos. 75, 76 *with* Court File Nos. 78, 79, 80). Accordingly, Defendant's motion for reconsideration (Court File No. 78) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**