UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:02-CR-85 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| SAMUEL K. WILDER ) | |

# O R D E R

Defendant Samuel K. Wilder ("Defendant"), through counsel, has, for the third time, requested the Court to require the Bureau of Prisons, USP Big Sandy, to provide the Court and the parties with a summary of Defendant's progress as it relates to his psychological treatment (Court File Nos. 83, 84). The Court has already denied this request twice (Court File Nos. 77, 81). Defendant apparently believes it was necessary to file a third request "[i]n order to preserve [the] issue adequately for appeal" (Court File No. 84, p. 2). While the Court doubts the necessity of a third request to preserve the issue for appeal, the Court will rule on the motion. Defendant's motion (Court File No. 83) is **DENIED** for the same reasons the previous motions were denied.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**